## Pay Advice Breakdown - Camacho

| Pay Date | Salary | Taxes | 401k | Taxes | Uniform | 401k | Net |
|---|---|---|---|---|---|---|---|
| 9/2/2021 | $743.20 | $86.10 | $22.30 | | | | $634.80 |
| 9/9/2021 | $594.56 | $66.43 | $17.84 | | | | $510.29 |
| 10/7/2021 | $567.84 | $62.91 | $17.04 | | | | $487.89 |
| 10/14/2021 | $609.60 | $68.42 | $18.29 | | | | $522.89 |
| 10/21/2021 | $541.12 | $59.36 | $16.23 | | | | $465.53 |
| 10/28/2021 | $743.20 | $86.10 | $22.30 | | | | $634.80 |
| 11/4/2021 | $567.84 | $62.90 | $17.04 | | | | $487.90 |
| 11/10/2021 | $671.06 | $76.55 | $20.13 | | | | $574.38 |
| 11/18/2021 | $901.08 | $106.99 | $27.03 | | | | $767.06 |
| 11/24/2021 | $746.76 | $86.57 | $22.40 | | | | $637.79 |
| 12/2/2021 | $426.72 | $44.23 | $12.80 | | | | $369.69 |
| | $7,112.98 | $806.56 | $213.40 | | | | |
| | $646.63 | $73.32 | $19.40 | | | | |

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |

| Employee Number | Pay Period | Payment Date |
|---|---|---|
| 194943 | 08/22/2021 - 08/28/2021 | 09/02/2021 |

| Personnel Area | USA Chatsworth GA MFG & G |
|---|---|

### TAX DATA

| | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 40.00 | 18.58 | 743.20 | 21,592.89 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 393.24 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 22.30 | 710.78 |
| **TOTAL DEDUCTIONS** | 22.30 | 710.78 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 22,980.94 |
| FED  FICA | 46.08 | 1,468.89 | 23,691.72 |
| FED  FMHI | 10.78 | 343.53 | 23,691.72 |
| GA   W/H | 29.24 | 903.77 | 22,980.94 |

| TOTAL HOURS\WAGES | 40.00 | | 743.20 | 23,691.72 | TOTAL TAX | 86.10 | 2,716.19 |
|---|---|---|---|---|---|---|---|

| | PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|---|
| CUR | 743.20 | 86.10 | 22.30 | 634.80 | 0.00 |

**TOTAL NET**  634.80

MESSAGES



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON     GA 30720

**DISBURSEMENT**

| PAYMENT DATE | 09/02/2021 |
|---|---|
| TOTAL NET  $ | 634.80 |

| Account No. | Amount |
|---|---|
| 6748 | 634.80 |

**THIS IS NOT CHECK**                              **THIS IS NOT CHECK**

**Please retain this statement for your record.**

| MOHAWK INDUSTRIES, INC. | MOHAWK ESV, INC.<br>P.O. Box 12069<br>Calhoun GA, 30703 | | | Employee Name<br>FERNANDA PEREZ | | Voucher |
|---|---|---|---|---|---|---|
| | | | | Employee Number<br>194943 | Pay Period<br>08/29/2021 - 09/04/2021 | Payment Date<br>09/09/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

Personnel Area    USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 32.00 | 18.58 | 594.56 | 22,187.45 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 393.24 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 17.84 | 728.62 |

| TOTAL DEDUCTIONS | 17.84 | 728.62 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Withholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 23,557.66 |
| FED  FICA | 36.86 | 1,505.75 | 24,286.28 |
| FED  FMHI | 8.62 | 352.15 | 24,286.28 |
| GA   W/H | 20.95 | 924.72 | 23,557.66 |

| TOTAL HOURS\WAGES | 32.00 | | 594.56 | 24,286.28 | TOTAL TAX | 66.43 | 2,782.62 |
|---|---|---|---|---|---|---|---|

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR   594.56 | 66.43 | 17.84 | 510.29 | 0.00 |

| TOTAL NET | 510.29 |

**MESSAGES**

---



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON          GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 09/09/2021 |
| TOTAL NET   $ | 510.29 |

| Account No.<br>6748 | Amount<br>510.29 |

**THIS IS NOT CHECK**                                    **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 09/05/2021 - 09/11/2021 | 09/16/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

Personnel Area    USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 4.95 | 18.58 | 91.97 | 22,279.42 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | 8.00 | 15.24 | 121.92 | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 6.42 | 735.04 |

| TOTAL DEDUCTIONS | 6.42 | 735.04 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Withholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED   W/H | | | 23,765.13 |
| FED   FICA | 13.26 | 1,519.01 | 24,500.17 |
| FED   FMHI | 3.10 | 355.25 | 24,500.17 |
| GA    W/H | 0.65 | 925.37 | 23,765.13 |

| TOTAL HOURS\WAGES | 4.95 | | 213.89 | 24,500.17 | TOTAL TAX | 17.01 | 2,799.63 |

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR  213.89 | 17.01 | 6.42 | 190.46 | 0.00 |

| | TOTAL NET | 190.46 |

**MESSAGES**


**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON       GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 09/16/2021 |
| TOTAL NET  $ | 190.46 |
| Account No. 6748 | Amount 190.46 |

**THIS IS NOT CHECK**          **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK ESV, INC.**
P.O. Box 12069
Calhoun GA, 30703

MOHAWK INDUSTRIES, INC.

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 09/12/2021 - 09/18/2021 | 09/23/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| | | | |

Personnel Area    USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | | | | 22,279.42 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | | 735.04 |

| TOTAL DEDUCTIONS | 0.00 | 735.04 |
|---|---|---|

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Withholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED   W/H | | | 23,765.13 |
| FED   FICA | | 1,519.01 | 24,500.17 |
| FED   Medi | | 355.25 | 24,500.17 |
| GA    W/H | | 925.37 | 23,765.13 |

| TOTAL HOURS\WAGES | 0.00 | | 0.00 | 24,500.17 |
|---|---|---|---|---|

| TOTAL TAX | 0.00 | 2,799.63 |
|---|---|---|

| | PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|---|
| CUR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

TOTAL NET

**MESSAGES**



**INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON          GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 09/23/2021 |
| TOTAL NET  $ | |
| Account No. | Amount |

**THIS IS NOT CHECK**                                   **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 09/19/2021 - 09/25/2021 | 09/30/2021 |

Personnel Area    USA Chatsworth GA MFG & G

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| | | | |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | | | | 22,279.42 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | | 735.04 |

| TOTAL DEDUCTIONS | 0.00 | 735.04 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 23,765.13 |
| FED  FICA | | 1,519.01 | 24,500.17 |
| FED  Medi | | 355.25 | 24,500.17 |
| GA  W/H | | 925.37 | 23,765.13 |

| TOTAL HOURS\WAGES | 0.00 | | 0.00 | 24,500.17 | TOTAL TAX | 0.00 | 2,799.63 |

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR  0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

TOTAL NET

**MESSAGES**

---



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON          GA 30720

| | DISBURSEMENT |
|---|---|
| PAYMENT DATE | 09/30/2021 |
| TOTAL NET  $ | |
| Account No. | Amount |

**THIS IS NOT CHECK**                                                **THIS IS NOT CHECK**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MOHAWK ESV, INC.** P.O. Box 12069 Calhoun GA, 30703 | | | | **Employee Name** FERNANDA PEREZ | | | **Voucher** |
| | | | | **Employee Number** 194943 | **Pay Period** 10/03/2021 - 10/09/2021 | | **Payment Date** 10/14/2021 |
| **TAX DATA** FED GA | **MARITAL STATUS** Single or Married fi Married claim self,f | **ALLOW** 00 | **ADD'L W/H** 0.00 0.00 | Personnel Area | USA Chatsworth GA MFG & G | | |
| **Earning and Hours** | | | | **Deductions** | | | |
| Description | HR/Units | Rate | Current | Y-T-D | Description | Current | Y-T-D |
| Other Pay | | | | 140.28 | 401K Contributions | 18.29 | 770.37 |
| Direct Labor | 40.00 | 15.24 | 609.60 | 23,456.86 | | | |
| Paid Time Off | | | | 1,097.28 | | | |
| Paid Time Off-Payo | | | | 121.92 | | | |
| Hol Counts 2 OT | | | | 515.16 | | | |
| Overtime Direct | | | | 346.11 | | | |

## Please retain this statement for your record.



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Employee Name** FERNANDA PEREZ | | | **Voucher** |
| | | | | **Employee Number** 194943 | **Pay Period** 09/26/2021 - 10/02/2021 | | **Payment Date** 10/07/2021 |
| **TAX DATA** FED GA | **MARITAL STATUS** Single or Married fi Married claim self,f | **ALLOW** 00 | **ADD'L W/H** 0.00 0.00 | Personnel Area | USA Chatsworth GA MFG & G | | |
| **Earning and Hours** | | | | **Deductions** | | | |
| Description | HR/Units | Rate | Current | Y-T-D | Description | Current | Y-T-D |
| Other Pay | | | | 140.28 | 401K Contributions | 17.04 | 752.08 |
| Direct Labor | 8.00 | 15.24 | 121.92 | | | | |
| Direct Labor | 24.00 | 18.58 | 445.92 | 22,847.26 | | | |
| Paid Time Off | | | | 1,097.28 | | | |
| Paid Time Off-Payo | | | | 121.92 | | | |
| Hol Counts 2 OT | | | | 515.16 | | | |
| Overtime Direct | | | | 346.11 | | | |
| | | | | **TOTAL DEDUCTIONS** | | 17.04 | 752.08 |
| | | | | **Employee Tax Information** | | | |
| | | | | Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
| | | | | FED  W/H | | | 24,315.93 |
| | | | | FED  FICA | 35.21 | 1,554.22 | 25,068.01 |
| | | | | FED  FMHI | 8.24 | 363.49 | 25,068.01 |
| | | | | GA   W/H | 19.46 | 944.83 | 24,315.93 |
| **TOTAL HOURS\WAGES** | 32.00 | | 567.84 | 25,068.01 | **TOTAL TAX** | 62.91 | 2,862.54 |
| **PAID EARNINGS** | | **TAXES** | **DEDUCTIONS** | | **NET PAY** | **PTO Bal:** | |
| CUR | 567.84 | 62.91 | 17.04 | | 487.89 | 0.00 | |
| | | | | | **TOTAL NET** | | 487.89 |

**MESSAGES**

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON        GA 30720

| | | |
|---|---|---|
| | **DISBURSEMENT** | |
| **PAYMENT DATE** | 10/07/2021 | |
| **TOTAL NET $** | 487.89 | |
| Account No. 6748 | | Amount 487.89 |

**THIS IS NOT CHECK**                          **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |

| Employee Number | Pay Period | Payment Date |
|---|---|---|
| 194943 | 10/17/2021 - 10/23/2021 | 10/28/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

Personnel Area    USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 40.00 | 18.58 | 743.20 | 24,741.18 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 22.30 | 808.90 |

| TOTAL DEDUCTIONS | 22.30 | 808.90 |
|---|---|---|

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED W/H | | | 26,153.03 |
| FED FICA | 46.08 | 1,671.64 | 26,961.93 |
| FED FMHI | 10.78 | 390.95 | 26,961.93 |
| GA W/H | 29.24 | 1,013.83 | 26,153.03 |

| TOTAL HOURS\WAGES | 40.00 | | 743.20 | 26,961.93 | TOTAL TAX | 86.10 | 3,076.42 |
|---|---|---|---|---|---|---|---|

| | PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|---|
| CUR | 743.20 | 86.10 | 22.30 | 634.80 | 0.00 |

| | TOTAL NET | 634.80 |
|---|---|---|

**MESSAGES**


**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON        GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 10/28/2021 |
| TOTAL NET  $ | 634.80 |

| Account No. | Amount |
|---|---|
| 6748 | 634.80 |

**THIS IS NOT CHECK**                              **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 11/07/2021 - 11/13/2021 | 11/18/2021 |

Personnel Area   USA Chatsworth GA MFG & G

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 18.00 | 15.24 | 274.32 | |
| Direct Labor | 30.00 | 18.58 | 557.40 | 26,811.80 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | 8.00 | 8.67 | 69.36 | 415.47 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 27.03 | 873.10 |
| **TOTAL DEDUCTIONS** | 27.03 | 873.10 |

### Employee Tax Information

| Tax Authority | | Current Withholding | Y-T-D Withholding | Y-T-D Taxble Wages |
|---|---|---|---|---|
| FED | W/H | | | 28,228.81 |
| FED | FICA | 55.87 | 1,804.32 | 29,101.91 |
| FED | FMHI | 13.07 | 421.98 | 29,101.91 |
| GA | W/H | 38.05 | 1,096.56 | 28,228.81 |

| TOTAL HOURS\WAGES | 48.00 | | 901.08 | 29,101.91 | TOTAL TAX | 106.99 | 3,322.86 |
|---|---|---|---|---|---|---|---|

| | PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|---|
| CUR | 901.08 | 106.99 | 27.03 | 767.06 | 0.00 |

**TOTAL NET    767.06**

**MESSAGES**


**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON          GA 30720

| | DISBURSEMENT |
|---|---|
| PAYMENT DATE | 11/18/2021 |
| TOTAL NET  $ | 767.06 |
| Account No. | Amount |
| 6748 | 767.06 |

**THIS IS NOT CHECK**                                                **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK ESV, INC.**
P.O. Box 12069
Calhoun GA, 30703

**MOHAWK INDUSTRIES, INC.**

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 11/23/2021 - 11/23/2021 | 11/23/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

Personnel Area   USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | | | | 26,811.80 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Gift - Gross Up Re | | | 25.00 | 25.00 |
| Gift - GrUp Reg. T | | | 2.07 | 2.07 |
| Overtime Direct | | | | 415.47 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | | 873.10 |

| TOTAL DEDUCTIONS | 0.00 | 873.10 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 28,255.88 |
| FED  FICA | 1.68 | 1,806.00 | 29,128.98 |
| FED  FMHI | 0.39 | 422.37 | 29,128.98 |
| GA   W/H | | 1,096.56 | 28,255.88 |

| TOTAL HOURS\WAGES | 0.00 | | 27.07 | 29,128.98 | TOTAL TAX | 2.07 | 3,324.93 |

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR   27.07 | 2.07 | 0.00 | 25.00 | 0.00 |

| TOTAL NET | 25.00 |

**MESSAGES**

---



**INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
  FERNANDA PEREZ
  155 Juliet Way
  DALTON         GA 30720

**THIS IS NOT CHECK**

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 11/23/2021 |
| TOTAL NET  $ | 25.00 |

| Account No. | Amount |
|---|---|
| 6748 | 25.00 |

**THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 11/14/2021 - 11/20/2021 | 11/24/2021 |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

Personnel Area    USA Chatsworth GA MFG & G

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 46.00 | 15.24 | 701.04 | 27,512.84 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Gift - Gross Up Re | | | | 25.00 |
| Gift - GrUp Reg. T | | | | 2.07 |
| Overtime Direct | 6.00 | 7.62 | 45.72 | 461.19 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 22.40 | 895.50 |

**TOTAL DEDUCTIONS**    22.40    895.50

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 28,980.24 |
| FED  FICA | 46.30 | 1,852.30 | 29,875.74 |
| FED  FMHI | 10.83 | 433.20 | 29,875.74 |
| GA  W/H | 29.44 | 1,126.00 | 28,980.24 |

| TOTAL HOURS\WAGES | 46.00 | | 746.76 | 29,875.74 | TOTAL TAX | 86.57 | 3,411.50 |
|---|---|---|---|---|---|---|---|

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR   746.76 | 86.57 | 22.40 | 637.79 | 0.00 |

**TOTAL NET**    637.79

**MESSAGES**



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON        GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 11/24/2021 |
| TOTAL NET  $ | 637.79 |
| Account No. | Amount |
| 6748 | 637.79 |

**THIS IS NOT CHECK**                                                    **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 11/21/2021 - 11/27/2021 | 12/02/2021 |

Personnel Area    USA Chatsworth GA MFG & G

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 18.00 | 15.24 | 274.32 | 27,787.16 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | 10.00 | 15.24 | 152.40 | 667.56 |
| Gift - Gross Up Re | | | | 25.00 |
| Gift - GrUp Reg. T | | | | 2.07 |
| Overtime Direct | | | | 461.19 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 12.80 | 908.30 |

TOTAL DEDUCTIONS    12.80    908.30

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Withholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 29,394.16 |
| FED  FICA | 26.45 | 1,878.75 | 30,302.46 |
| FED  FMHI | 6.19 | 439.39 | 30,302.46 |
| GA   W/H | 11.59 | 1,137.59 | 29,394.16 |

| TOTAL HOURS\WAGES | 18.00 | | 426.72 | 30,302.46 | TOTAL TAX | 44.23 | 3,455.73 |

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR  426.72 | 44.23 | 12.80 | 369.69 | 0.00 |

TOTAL NET    369.69

MESSAGES

---



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON         GA 30720

| | DISBURSEMENT | |
|---|---|---|
| PAYMENT DATE | 12/02/2021 | |
| TOTAL NET   $ | 369.69 | |
| Account No. 6748 | | Amount 369.69 |

**THIS IS NOT CHECK**                    **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 10/24/2021 - 10/30/2021 | 11/04/2021 |

Personnel Area    USA Chatsworth GA MFG & G

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 8.00 | 15.24 | 121.92 | |
| Direct Labor | 24.00 | 18.58 | 445.92 | 25,309.02 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 17.04 | 825.94 |

TOTAL DEDUCTIONS    17.04    825.94

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED  W/H | | | 26,703.83 |
| FED  FICA | 35.21 | 1,706.85 | 27,529.77 |
| FED  FMHI | 8.23 | 399.18 | 27,529.77 |
| GA   W/H | 19.46 | 1,033.29 | 26,703.83 |

| TOTAL HOURS\WAGES | 32.00 | | 567.84 | 27,529.77 | TOTAL TAX | 62.90 | 3,139.32 |
|---|---|---|---|---|---|---|---|

| PAID EARNINGS | | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|---|
| CUR | 567.84 | 62.90 | 17.04 | 487.90 | 0.00 |

TOTAL NET    487.90

MESSAGES

---



**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
  FERNANDA PEREZ
  155 Juliet Way
  DALTON          GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 11/04/2021 |
| TOTAL NET   $ | 487.90 |
| Account No. | Amount |
| 6748 | 487.90 |

**THIS IS NOT CHECK**                                              **THIS IS NOT CHECK**

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | Voucher |
|---|---|---|
| FERNANDA PEREZ | | |
| Employee Number | Pay Period | Payment Date |
| 194943 | 10/31/2021 - 11/06/2021 | 11/10/2021 |

Personnel Area   USA Chatsworth GA MFG & G

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | | 0.00 |
| GA | Married claim self,f | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Other Pay | | | | 140.28 |
| Direct Labor | 5.02 | 15.24 | 76.50 | |
| Direct Labor | 32.00 | 18.58 | 594.56 | 25,980.08 |
| Paid Time Off | | | | 1,097.28 |
| Paid Time Off-Payo | | | | 121.92 |
| Hol Counts 2 OT | | | | 515.16 |
| Overtime Direct | | | | 346.11 |

### Deductions

| Description | Current | Y-T-D |
|---|---|---|
| 401K Contributions | 20.13 | 846.07 |

**TOTAL DEDUCTIONS**   20.13    846.07

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | Y-T-D Taxble Wages |
|---|---|---|---|
| FED W/H | | | 27,354.76 |
| FED FICA | 41.60 | 1,748.45 | 28,200.83 |
| FED FMHI | 9.73 | 408.91 | 28,200.83 |
| GA W/H | 25.22 | 1,058.51 | 27,354.76 |

| TOTAL HOURS\WAGES | 37.02 | | 671.06 | 28,200.83 | TOTAL TAX | 76.55 | 3,215.87 |
|---|---|---|---|---|---|---|---|

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY | PTO Bal: |
|---|---|---|---|---|
| CUR  671.06 | 76.55 | 20.13 | 574.38 | 0.00 |

TOTAL NET    574.38

**MESSAGES**

---


**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
FERNANDA PEREZ
155 Juliet Way
DALTON         GA 30720

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 11/10/2021 |
| TOTAL NET  $ | 574.38 |
| Account No. | Amount |
| 6748 | 574.38 |

**THIS IS NOT CHECK**                                      **THIS IS NOT CHECK**